UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| THE BLACKJEWEL LIQUIDATION TRUST, *by and through* DAVID J. BECKMAN, TRUSTEE, | ) | |
| Plaintiff, | ) | No. 6:26-CV-11-REW-EBA |
| v. | ) | OPINION & ORDER |
| JAVELIN GLOBAL COMMODITIES (US), LP, *et al.*, | ) | |
| Defendants. | | |

*** *** *** ***

The parties jointly request the Court extend the deadline to disclose and exchange summary exhibits or illustrative aids expected to be used at trial. *See* DE 69 at 2. The parties request an extension to November 23, 2026, to provide such exhibits and to make any counter-designations with respect to any deposition designations made on October 27, 2026. *See id.* The parties also request an extension to December 4, 2026, to formulate any objections and counter objections to the aforementioned exhibits, and an extension to December 4 to file any motions *in limine*. *See id.* The parties cite the need for optimal trial preparation as grounds. *See id.* at 3. Accordingly, the Court **GRANTS** DE 69 for the motion-stated reasons. The parties must provide illustrative exhibits and make any counter-designations with respect to any deposition designations by November 23, 2026. Further, the parties must formulate any objections to the aforementioned exhibits, and file any motions *in limine*, by December 4, 2026.

**The Court expects the parties to work cooperatively on reasonably winnowing pre-trial issues requiring Court resolution and attention.**

This the 26th day of October, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**